IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:19-cv-01161- JLK

THE UNITED STATES OF AMERICA,

        Plaintiff,

v.

NANCY RADI, a/k/a/ NANCY COLQUITT, a/k/a NANCY HENDRICKS,
ROBERT COLQUITT,
DARLOC ENTERPRISES, LLC,
DARLOC VENTURES,
DENVER COUNTY, CO,
PARK COUNT, CO,
CHRISTOPHER TRACY, and
AMANDA TRACY,
        Defendants.

## NOTICE OF ENTRY OF APPEARANCE

To:    The Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendant, Debra Johnson, in her capacity as the *Ex Officio* Public Trustee for the City and County of Denver (the "Public Trustee") (referred to in the United States' Amended Complaint as "Denver County, Co"), and request that I receive copies of all electronic filings in this case.

Dated: May 29, 2019

1

OFFICE OF THE CITY ATTORNEY
CITY AND COUNTY OF DENVER

*/s/ Edward J. Gorman*
Edward J. Gorman, Reg. No. 48629
Assistant City Attorney
201 West Colfax Avenue, Dept. 1207
Denver, CO  80202-5332
Telephone: (720) 913-3287
Facsimile: (720) 913-3180
E-mail:  edward.gorman@denvergov.org

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2019 a true and accurate copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications to all parties of record.

*Blanca Hernandez*
Blanca Hernandez, Paralegal III
City Attorney's Office