IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01161- JLK

THE UNITED STATES OF AMERICA,

        Plaintiff,

v.

NANCY RADI, a/k/a/ NANCY COLQUITT, a/k/a NANCY HENDRICKS,
ROBERT COLQUITT,
DARLOC ENTERPRISES, LLC,
DARLOC VENTURES,
DENVER COUNTY, CO,
PARK COUNT, CO,
CHRISTOPHER TRACY, and
AMANDA TRACY,

        Defendants.

## ANSWER

**COMES NOW** Defendant, Debra Johnson, in her capacity as the *Ex Officio* Public Trustee for the City and County of Denver (the "Public Trustee") (referred to in the United States' Amended Complaint as Denver County, Co,) in response to the above-entitled action asserts the following:

The Public Trustee and the City and County of Denver hereby disclaims all right, title and interest in and to the property described in the Complaint herein, except to state:

That the Public Trustee is or may be the Trustee or the statutory successor Trustee named in certain Deed(s) of Trust appearing in the records in the office of the County Clerk and Recorder of the City and County of Denver and does assert an interest in the property located in Denver County which is the subject matter of this action to such an extent as is necessary to protect and

secure the right, title and interest of the holder or holders for the indebtedness secured by the described Deed(s) of Trust.

That the Public Trustee has only the authority expressly provided by state statute with respect to the reforming of a deed of trust and that any type of reforming must be achieved by appropriate court order being issued and recorded in the public records of the City and County of Denver.

That a claim is hereby made and asserted to and for any and all outstanding liens covering general taxes, special assessments, use taxes, local public improvement district assessments, and service or utility charges which are now due or may hereafter become due with respect to the property located in Denver County which is the subject of the Complaint herein. Said liens are superior to, and have priority over, any claim asserted by the Plaintiff. Said liens shall extend to and include interest and penalties on outstanding taxes and assessments above referred to as the same have now accrued or will hereafter accrue.

That this Response shall not be construed to affect prejudicially any right, title or interest of the holder(s) of the indebtedness secured by the said Deed(s) of Trust.

Further, the Public Trustee agrees to abide by this Court's orders, including without limitation, any decree of foreclosure issues herein.

**WHEREFORE**, this Defendant prays that it be dismissed without costs.

Dated: June 6, 2019

                                      **OFFICE OF THE CITY ATTORNEY**
                                      **CITY AND COUNTY OF DENVER**

                                      */s/ Edward J. Gorman*
                                      Edward J. Gorman, Reg. No. 48629
                                      Assistant City Attorney
                                      201 West Colfax Avenue, Dept. 1207
                                      Denver, CO  80202-5332
                                      Telephone: (720) 913-3287
                                      Facsimile: (720) 913-3180
                                      E-mail:  edward.gorman@denvergov.org

## CERTIFICATE OF SERVICE

       I hereby certify that on June 6, 2019 a true and accurate copy of the foregoing **ANSWER** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications to all parties of record.

Ryan S. Watson
Trial Attorney, Tax Division
U.S. Department of Justice
P.O Box 683, Ben Franklin Station
Washington, D.C. 20044-0683

                                      *Blanca Hernandez*
                                      Blanca Hernandez, Paralegal III
                                      City Attorney's Office