## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.1:19-cv-01161-JLK

THE UNITED STATES OF AMERICA

      Plaintiff,

v.

NANCY RADI, a/k/a NANCY COLQUITT,
a/k/a NANCY HENDRICKS,
ROBERT COLQUITT,
DARLCO ENTERPRICES LLC,
DARCLOS VENTURES,
DENVER COUNTY CO,
PARK COUNNTY, CO,
CHRISTOPHER TRACY, and
AMANDA TRACY,

      Defendants.

---

## MOTION FOR TWO WEEK EXTENSION TO RESPOND TO COMPLAINT

Defendant Christopher Tracy and Amanda Tracy (known as Tracy), by and through their attorneys, Pitler and Associates, P., hereby move the Court for a two-week extension of time to file their response to the complaint.  In support of this Motion, Plaintiffs state as follows.

1.  Pursuant to D.C. Colo. L. Civ. R 7.1(a), the undersigned counsel consulted with counsel for the Plaintiff wherein settlement discussion took place.  Counsel for the Plaintiff said if he could not get back to Defendants' counsel before the response date, that additional time will be requested to allow for the settlement process.

2.  Defendants Christopher and Amanda Tracy were served on May 28, 2019 and Defendants' response is due by June 18, 2019.

3.  It is expected that counsel for the Plaintiff will be in discussions with Plaintiff's Counsel, Ryan S. Watson, concerning the matters being discussed will be dispositive.  This is Defendants' first request for extension.

WHEREFORE, Plaintiffs hereby requests that the Court enter an order extending the deadline by two weeks for Defendants to file their Answer or otherwise respond to Plaintiff's complaint on or before Tuesday, July 2, 2019.

Dated: June 17, 2019

By:

 s/ *Robert L. Pitler*
Robert L. Pitler
Attorney for the Defendant
Pitler and Associates, P.C.
10800 E. Bethany Drive, Suite 250
Aurora, CO 80014
Tel.: (303) 758-2221
Fax.: (303) 755-5113
robertlpitler@rpitlerlaw.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2019, I served a true and correct copy of the

forgoing **MOTION FOR TWO WEEK EXTENSION TO RESPOND TO COMPLAINT** on

the individuals below pursuant to F.R.C.P. 5.


Ryan Watson
Trial Attorney, Tax Division
US Department of Justice
PO Box 683, Ben Franklin Station
Washington DC 20044
Ryan.watson@usdoj.gov


s/ Sherri Reiss