IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.1:19-cv-01161-JLK

THE UNITED STATES OF AMERICA

    Plaintiff,

v.

NANCY RADI, a/k/a NANCY COLQUITT,
a/k/a NANCY HENDRICKS,
ROBERT COLQUITT,
DARLCO ENTERPRICES LLC,
DARCLOS VENTURES,
DENVER COUNTY CO,
PARK COUNNTY, CO,
CHRISTOPHER TRACY, and
AMANDA TRACY,

    Defendants.

---

## MOTION TO PLACE CASE IN SUSPENCE OR TO EXTEND THE TIME TO RESPOND TO COMPLAINT

Defendant Christopher Tracy and Amanda Tracy (known as Tracy), by and through their attorneys, Pitler and Associates, P., hereby move this Honorable Court to place the case in suspense or extend the time to respond, and as grounds therefore Plaintiffs state as follows.

    1.    Pursuant to D.C. Colo. L. Civ. R 7.1(a), the undersigned counsel consulted with counsel for the Plaintiff and advise the Court the United States and the Defendants Tracy have reached a full and complete settlement.

    2.    Defendants Christopher and Amanda Tracy Response to the Complaint is July 2, 2019. When reaching settlements with the Internal Revenue Service, counsel for the Parties

reach a settlement which is then reduced to an official letter. That letter is signed by Mr. and Mrs. Tracy and submitted to the IRS for approval. The process can take up to 75 days although the time can be shorter.

3. Plaintiff and Defendants' counsels will be in discussions and will keep the Court informed of the progress of the settlement offer. It is requested that any response time for Defendants to plead or otherwise respond to Plaintiff's complaint be place in suspense or extended to a time in August 15, 2019

WHEREFORE, Plaintiffs hereby requests that the Court enter an order placing the response time to respond to Plaintiff's complaint be placed in suspense or extended to and including August 15, 2019 for the reasons stated herein.

Dated: <u>July 2, 2019</u>

By:

<u>s/ Robert L. Pitler</u>
Robert L. Pitler
Attorney for the Defendant
Pitler and Associates, P.C.
10800 E. Bethany Drive, Suite 250
Aurora, CO 80014
Tel.: (303) 758-2221
Fax.: (303) 755-5113
robertlpitler@rpitlerlaw.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2019, I served a true and correct copy of the forgoing **MOTION TO PLACE CASE IN SUSPENCE OR TO EXTEND THE TIME TO RESPOND TO COMPLAINT** on the individuals below pursuant to F.R.C.P. 5.

Ryan Watson
Trial Attorney, Tax Division
US Department of Justice
PO Box 683, Ben Franklin Station
Washington DC 20044
Ryan.watson@usdoj.gov

                                        s/ Sherri Reiss