## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Colorado

Case Number: 19-CV-1161-JLK-MEH

Plaintiff:
**UNITED STATES OF AMERICA**

vs.

Defendant:
**NANCY RADI, a/k/a NANCY COLQUITT, a/k/a NANCY HENDRICKS, ROBERT COLQUITT, DARLOC ENTERPRISES, LLC, DARLOC VENTURES, DENVER COUNTY, PARK COUNTY**

For:
RYAN WATSON
U.S. DEPARTMENT OF JUSTICE - TAX DIVISION
P.O. BOX 683, BEN FRANKLIN STATION
WASHINGTON D.C., MD 20044

Received by Denver Attorney Services, LLC on the 16th day of May, 2019 at 9:23 am to be served on **DEBRA GREEN, 501 MAIN ST, FAIRPLAY, CO 80440**.

I, Joshua M Weatherill, being duly sworn, depose and say that on the **20th day of May, 2019** at **9:21 am, I:**

served an **AUTHORIZED PERSON** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, UNITED STATES' COMPLAINT and UNITED STATES' AMENDED COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Trichon Eisenman** as **Deputy Clerk** at the address of: **856 Costello Ave., FAIRPLAY, CO 80440**, who stated they were authorized to accept service for **DEBRA GREEN**, and informed said person of the contents therein, in compliance with state statutes.  Actual service location: (39.2239,-105.9950) accuracy 5 m.

**Description** of Person Served: Age: 44, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 190, Hair: Blonde, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

Subscribed and Sworn to me in Denver County, State of Colorado on the 28th day of May, 2019.

NOTARY PUBLIC

Joshua M Weatherill
CO PI License: PI2.0000557

Denver Attorney Services, LLC
1660 South Albion Street, Suite 204
Denver, CO 80222
(800) 477-8522

Our Job Serial Number: DVA-2019002110

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0i



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | ) |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 19-cv-1161-JLK-MEH |
| NANCY RADI, a/k/a NANCY COLQUITT, a/k/a NANCY HENDRICKS, ROBERT COLQUITT, DARLOC ENTERPRISES, LLC, DARLOC VENTURES, DENVER COUNTY, PARK COUNTY | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Debra Green, Clerk and Recorder
Park County, Colorado
501 Main Street
Fairplay, CO 80440

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ryan S. Watson
Trial Attorney
US Department of Justice, Tax Division
PO Box 683
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/22/2019

s/ C. Madrid
*Signature of Clerk or Deputy Clerk*

