# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Colorado

Case Number: 19-CV-1161-JLK-MEH

Plaintiff:
**UNITED STATES OF AMERICA**

vs.

Defendant:
**NANCY RADI, a/k/a NANCY COLQUITT, a/k/a NANCY HENDRICKS, ROBERT COLQUITT, DARLOC ENTERPRISES, LLC, DARLOC VENTURES, DENVER COUNTY, PARK COUNTY**

For:
RYAN WATSON
U.S. DEPARTMENT OF JUSTICE - TAX DIVISION
P.O. BOX 683, BEN FRANKLIN STATION
WASHINGTON D.C., MD 20044

Received by Denver Attorney Services, LLC on the 27th day of June, 2019 at 11:01 am to be served on **NANCY RADI, 655 S CLINTON ST #5B, DENVER, CO 80247**.

I, Sandra C Avila, being duly sworn, depose and say that on the **28th day of June, 2019** at **12:39 pm, I:**

**PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, UNITED STATES' COMPLAINT and UNITED STATES' AMENDED COMPLAINT** to: **NANCY RADI** at the address of: **655 S CLINTON ST #5B, DENVER, CO 80247**, and informed said person of the contents therein, in compliance with state statutes. Actual service location: (39.7045,-104.8771) accuracy 10 m.

**Description** of Person Served: Age: 75, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 210, Hair: White, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

Subscribed and Sworn to me in Denver County, State of Colorado on the 1st day of July, 2019.

NOTARY PUBLIC

ANTHOULA ANDRIANAKOS
Notary Public
State of Colorado
Notary ID # 20184036666
My Commission Expires 09-14-2022

Sandra C Avila
CO PI License: PI1.0000536

**Denver Attorney Services, LLC**
1660 South Albion Street, Suite 204
Denver, CO 80222
(800) 477-8522

Our Job Serial Number: DVA-2019002701

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> *Plaintiff(s)* <br> v. <br> NANCY RADI, a/k/a NANCY COLQUITT, a/k/a NANCY HENDRICKS, ROBERT COLQUITT, DARLOC ENTERPRISES, LLC, DARLOC VENTURES, DENVER COUNTY, PARK COUNTY <br> *Defendant(s)* | Civil Action No. 19-cv-1161-JLK-MEH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Nancy Radi
655 S. Clinton Street #5B
Denver, CO 80247

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ryan S. Watson
Trial Attorney
US Department of Justice, Tax Division
PO Box 683
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/22/2019

s/ C. Madrid
*Signature of Clerk or Deputy Clerk*