**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil No. 1:19-cv-01161-JLK

THE UNITED STATES OF AMERICA,

        Plaintiff,

        v.

NANCY RADI, a/k/a NANCY COLQUITT, a/k/a NANCY HENDRICKS,
ROBERT COLQUITT,
DARLOC ENTERPRISES, LLC,
DARLOC VENTURES, LLC
DENVER COUNTY, CO,
PARK COUNTY, CO,
CHRISTOPHER TRACY, and
AMANDA TRACY,

        Defendants.

___

**ENTRY OF APPEARANCE**
___

    KEVIN A. PLANEGGER of MERRIAM LAW FIRM, P.C., being admitted and authorized to practice in this Court, hereby enters his appearance on behalf of Defendant Nancy Colquitt.

Respectfully submitted this 26th day of July, 2019.

/s/ *Kevin A. Planegger*

**Kevin A. Planegger**

**MERRIAM LAW FIRM, P.C.**
1625 Broadway, Suite 770
Denver, Colorado  80202
Phone: 303-592-5404
Fax: 303-592-5439
Email: Kevin@merriamlaw.com

Attorney for Defendant Nancy Colquitt