IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:19-cv-01161-JLK

THE UNITED STATES OF AMERICA,

        Plaintiff,

        v.

NANCY RADI, a/k/a NANCY COLQUITT, a/k/a NANCY HENDRICKS,
ROBERT COLQUITT,
DARLOC ENTERPRISES, LLC,
DARLOC VENTURES, LLC
DENVER COUNTY, CO,
PARK COUNTY, CO,
CHRISTOPHER TRACY, and
AMANDA TRACY,

        Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

---

    The Defendant, through undersigned counsel, Ted H. Merriam of the Merriam Law Firm, hereby moves the Court for Additional Time to File an Answer. In support, the Defendant states as follows:

    1) The United States initially filed the Complaint in this case on April 19, 2019.

    2) The United States filed an Amended Complaint on May 15, 2019, and the Defendant, Nancy Colquitt, was personally served on June 27, 2019.

    3) The Defendant's Answer was due on or before July 18, 2019.

4) The Defendant met with undersigned counsel on July 15, 2019, and subsequently retained undersigned counsel.

5) Defendant's counsel Kevin Planegger spoke with counsel for the United States, Ryan Watson on July 19, 2019, and Mr. Watson stated that he had no objection to a 30-day extension to file Defendant's Answer.

6) Defendant's counsel require additional time to review the facts of the case and the government's allegations before filing the Answer.

7) This motion is being filed for the reasons set forth above and not for any reason to delay this case.

WHEREFORE, Defendant hereby requests that the Court grant this Motion for Extension of Time to File her Answer, and that the Answer is due on or before August 19, 2019.

Respectfully submitted this 26th day of July, 2019.

/s/ *Ted H. Merriam*

**Ted H. Merriam**

**MERRIAM LAW FIRM, P.C.**
1625 Broadway, Suite 770
Denver, Colorado  80202
Phone: 303-592-5404
Fax: 303-592-5439
Email: Ted@merriamlaw.com

Attorney for Defendant Nancy Colquitt

2