IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 19-1161

THE UNITED STATES OF AMERICA,

       Plaintiff,

       v.

NANCY RADI, a/k/a NANCY COLQUITT,
a/k/a NANCY HENDRICKS,
ROBERT COLQUITT,
DARLOC ENTERPRISES, LLC,
DARLOC VENTURES,
DENVER COUNTY, CO,
PARK COUNTY, CO,
CHRISTOPHER TRACY, and
AMANDA TRACY,

       Defendants.

## STATUS REPORT

Pursuant to the Court's September 19, 2019 Minute Order (ECF No. 23), the undersigned parties hereby submit the following status report:

### INTRODUCTION

1.     The United States brought this civil action on April 19, 2019 to reduce to judgment certain outstanding federal tax liabilities and civil penalties assessed against Defendant Nancy Radi (a/k/a Nancy Colquitt, a/k/a Nancy Hendricks—hereinafter "Nancy Radi") and to foreclose related federal tax liens on real property owned by Ms. Radi located in Denver County, Colorado and Park County, Colorado. In addition to Ms. Radi, the Complaint also named Robert

Colquitt, Darloc Enterprises, LLC, Darloc Ventures, Denver County, CO, and Park County, CO as parties with a potential interest in the real property at issue.

2. On May 15, 2019, the United States amended its Complaint and named Christopher and Amanda Tracy as defendants with regard to the property located in Park County.

3. The United States has served all Defendants in this action. Ms. Radi and Denver County have filed answers (ECF Nos. 7 and 22). Christopher and Amanda Tracy have appeared through counsel (ECF Nos. 8 and 10). No other Defendant has answered the Amended Complaint or appeared in this case.

## STATUS OF CASE

4. <u>Nancy Radi</u>. After receiving an extension of time to respond to the Amended Complaint, Ms. Radi filed her Answer on September 16, 2019 (ECF No. 22). Counsel for Ms. Radi and counsel for the United States have been discussing potential resolution of this matter, and Ms. Radi's counsel anticipates submitting a settlement proposal to the United States within the next two weeks.

5. <u>Denver County</u>. Denver County filed a disclaimer of interest (ECF No. 7) on June 6, 2019, reserving the Public Trustee's rights as the trustee or successor trustee in certain deeds of trust that may pertain to the Denver County property.

6. <u>Christopher and Amanda Tracy</u>. Counsel for the Tracys signed a settlement offer acknowledgment letter on August 19, 2019. Counsel for the United States received the signed letter via email on September 6, 2019. The Tracys' offer is currently being processed by the Department of Justice in accordance with DOJ's procedures for accepting or rejecting such offers. The offer, if accepted, would resolve the United States' claims against the Tracys and the real property located in Fairplay, CO. Counsel for Mr. and Mrs. Tracy requests this Court to extend the response time to the Plaintiff's complaint for an additional 60 days for the settlement process to be completed.

7.  <u>Robert Colquitt, Darloc Entereprises, LLC, Darloc Ventures, and Park County</u>. Defendants Robert Colquitt, Darloc Enterprises, LLC, Darloc Ventures, and Park County have filed an answer to the Amended Complaint or otherwise appeared in this matter. The United States intends to file a motion for entry of Clerk's default against these defendants, depending on the outcome of the various proposed settlements described above.

                                                      Respectfully Submitted,

Dated: <u>September 26, 2019</u>            RICHARD E. ZUCKERMAN
                                                Principal Deputy Assistant Attorney General

                                                */s/ Ryan S. Watson*
                                                RYAN S. WATSON
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                P.O. Box 683, Ben Franklin Station
                                                Washington, D.C. 20044-0683
                                                Tel:  202.514.5173
                                                Fax:  202.307.0054
                                                Ryan.Watson@usdoj.gov

                                                *Of Counsel*
                                                JASON R. DUNN
                                                United States Attorney
                                                *Attorneys for the United States of America*


Dated: <u>September 26, 2019</u>            *Kevin A. Planegger*
                                                TED H. MERRIAM
                                                KEVIN A. PLANEGGER
                                                Merriam Law Firm, P.C.
                                                1625 Broadway, Suite 770
                                                Denver, CO 80202
                                                303.592.5404
                                                ted@merriamlaw.com
                                                kevin@merriamlaw.com
                                                *Counsel for Nancy Radi*

Dated: September 26, 2019

*Robert L. Pitler*
ROBERT L. PITLER
Pitler & Associates, P.C.
The Command Center
10800 E. Bethany Drive, Suite 250
Aurora, CO 80014
303.758.2221
robertlpitler@pitlerlaw.com
*Counsel for Christopher and Amanda Tracy*

Dated: September 26, 2019

*Edward James Gorman*
EDWARD JAMES GORMAN
Denver City and County Attorney's Office
201 West Colfax Avenue
Denver, CO 80202
720.913.3287
edward.gorman@denvergov.org
*Counsel for Denver County, CO*