IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 19-1161

THE UNITED STATES OF AMERICA,

    Plaintiff,

    v.

NANCY RADI, a/k/a NANCY COLQUITT,
a/k/a NANCY HENDRICKS,
ROBERT COLQUITT,
DARLOC ENTERPRISES, LLC,
DARLOC VENTURES,
DENVER COUNTY, CO,
PARK COUNTY, CO,
CHRISTOPHER TRACY, and
AMANDA TRACY,

    Defendants.

## UNITED STATES' MOTION FOR ENTRY OF DEFAULT AGAINST ROBERT COLQUITT, DARLOC ENTERPRISES, LLC, AND DARLOC VENTURES

    To:  **Clerk of Court**
           **United States District Court**
           **District of Colorado**

The United States of America hereby moves for the entry of Clerk's default against Robert Colquitt, Darloc Enterprises, LLC, and Darloc Ventures under Rule 55(a) of the Federal Rules of Civil Procedure.

    1.    The United States filed its Complaint in this case on April 19, 2019 (ECF No. 1).

    2.    On May 15, 2019, the United States amended its Complaint (ECF No. 4).

- 2 -

3.        On June 27, 2019, Defendant Robert Colquitt was served with a copy of the Summons, Complaint, and Amended Complaint pursuant to Fed. R. Civ. P. 4(e)(2)(b). (ECF No. 17, Proof of Service.)

4.        On June 27, 2019 Defendant Darloc Enterprises, LLC was served with a copy of the Summons, Complaint, and Amended Complaint pursuant to Fed. R. Civ. P. 4(e)(2)(b). (ECF No. 14, Proof of Service.)

5.        On June 27, 2019 Defendant Darloc Ventures was served with a copy of the Summons, Complaint, and Amended Complaint pursuant to Fed. R. Civ. P. 4(e)(2)(b). (ECF No. 15, Proof of Service.)

6.        Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Robert Colquitt's, Darloc Enterprises, LLC's, and Darloc Ventures' answer were due on July 18, 2019.

7.        As of this date, Robert Colquitt, Darloc Enterprises, LLC, and Darloc Ventures have not filed an answer or any responsive pleading in this matter. Accordingly, the Clerk should enter default against them.

8.        Defendant Robert Colquitt is not a minor or an incompetent person, nor is he a member of the United States Armed Forces, and therefore, the requested relief may be entered consistent with the Servicemember's Civil Relief Act of 2003, 50 App. U.S.C. § 501. (*See* Attached Declaration of Ryan S. Watson).

9.        Defendants Darloc Enterprises, LLC and Darloc Ventures are not subject to the Servicemember's Civil Relief Act of 2003, 50 App. U.S.C. § 501.

WHEREFORE, the United States respectfully requests that the Clerk enter default against Defendants Robert Colquitt, Darloc Enterprises, LLC, and Darloc Ventures.

\\
\\
\\

- 3 -

Dated: November 21, 2019          RICHARD E. ZUCKERMAN
                                  Principal Deputy Assistant Attorney General


                                  */s/ Ryan S. Watson*
                                  RYAN S. WATSON
                                  Trial Attorney, Tax Division
                                  U.S. Department of Justice
                                  P.O. Box 683, Ben Franklin Station
                                  Washington, D.C. 20044-0683
                                  Tel:  202.514.5173
                                  Fax:  202.307.0054
                                  Ryan.Watson@usdoj.gov

                                  *Of Counsel*
                                  JASON R. DUNN
                                  United States Attorney

                                  *Attorneys for the United States of America*