IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 19-1161

THE UNITED STATES OF AMERICA,

      Plaintiff,

      v.

NANCY RADI, a/k/a NANCY COLQUITT,
a/k/a NANCY HENDRICKS,
ROBERT COLQUITT,
DARLOC ENTERPRISES, LLC,
DARLOC VENTURES,
DENVER COUNTY, CO,
PARK COUNTY, CO,
CHRISTOPHER TRACY, and
AMANDA TRACY,

      Defendants.

**DECLARATION OF RYAN S. WATSON IN SUPPORT OF
UNITED STATES' MOTION FOR ENTRY OF DEFAULT**

I, Ryan S. Watson, pursuant to 28 U.S.C. § 1746, hereby declare that:

1. I am a trial attorney with the United States Department of Justice, Tax Division, located in Washington, DC. I am responsible for representing the interests of the United States in the above-captioned matter. I submit this Declaration in support of the United States' Request for Entry of Default against Robert Colquitt, Darloc Enterprises, LLC, and Darloc Ventures.

2. According to available records and my best information and belief, Robert Colquitt is not an infant or, to the best of my knowledge, an incompetent person. According to a public records search on Lexis, Robert Colquitt was born in December 1930. Accordingly, I

believe it is unlikely that he is currently on active duty with the U.S. Armed Forces. Based on my inquiry with the U.S. Department of Defense's website[1] regarding military personnel who may be subject to the Servicemembers Civil Relief Act, 50 App. U.S.C. § 501, the Department of Defense does not have any information indicating that an individual born in December 1930 and named "Robert Colquitt" is currently on active duty with the U.S. Armed Forces.

3. Darloc Enterprises, LLC and Darloc Ventures are entities and are therefore not subject to the Servicemembers Civil Relief Act, 50 App. U.S.C. § 501.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: <u>November 21, 2019</u>     RICHARD E. ZUCKERMAN
                                     Principal Deputy Assistant Attorney General

                                     */s/ Ryan S. Watson*
                                     RYAN S. WATSON
                                     Trial Attorney, Tax Division
                                     U.S. Department of Justice
                                     P.O. Box 683, Ben Franklin Station
                                     Washington, D.C. 20044-0683
                                     Tel:  202.514.5173
                                     Fax:  202.307.0054
                                     Ryan.Watson@usdoj.gov

                                     *Of Counsel*
                                     JASON R. DUNN
                                     United States Attorney

                                     *Attorneys for the United States of America*

---

[1] *See* https://scra.dmdc.osd.mil/scra/#/single-record.