IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 19-1161

THE UNITED STATES OF AMERICA,

       Plaintiff,

       v.

NANCY RADI, a/k/a NANCY COLQUITT,
a/k/a NANCY HENDRICKS,
ROBERT COLQUITT,
DARLOC ENTERPRISES, LLC,
DARLOC VENTURES,
DENVER COUNTY, CO,
PARK COUNTY, CO,
CHRISTOPHER TRACY, and
AMANDA TRACY,

       Defendants.

## STATUS REPORT

Pursuant to the Court's September 27, 2019 Minute Order (ECF No. 25), the undersigned parties hereby submit the following status report:

### INTRODUCTION

1.    The United States brought this civil action on April 19, 2019 to reduce to judgment certain outstanding federal tax liabilities and civil penalties assessed against Defendant Nancy Radi (a/k/a Nancy Colquitt, a/k/a Nancy Hendricks—hereinafter "Nancy Radi") and to foreclose related federal tax liens on real property owned by Ms. Radi located in Denver County, Colorado and Park County, Colorado. In addition to Ms. Radi, the Complaint also named Robert

Colquitt, Darloc Enterprises, LLC, Darloc Ventures, Denver County, CO, and Park County, CO as parties with a potential interest in the real property at issue.

2. On May 15, 2019, the United States amended its Complaint and named Christopher and Amanda Tracy as defendants with regard to the property located in Park County.

3. The United States has served all Defendants in this action. Ms. Radi and Denver County have filed answers (ECF Nos. 7 and 22). Christopher and Amanda Tracy have appeared through counsel (ECF Nos. 8 and 10). No other Defendant has answered the Amended Complaint or appeared in this case.

4. On November 21, 2019, the United States filed a Motion for Entry of Clerk's Default against Robert Colquitt, Darloc Enterprises, LLC, and Darloc Ventures.

5. Concurrently with this Status Report, the United States has filed a Motion to Dismiss Christopher Tracy, Amanda Tracy, and Park County, CO as parties from this matter.

## STATUS OF CASE

6. <u>Nancy Radi</u>. After receiving an extension of time to respond to the Amended Complaint, Ms. Radi filed her Answer on September 16, 2019 (ECF No. 22). In their September 26, 2019 Status Report (ECF No. 24), the parties represented that counsel for Ms. Radi and counsel for the United States had been discussing potential resolution of this matter. The parties have continued discussions but no settlement offer has yet been made.

7. <u>Denver County</u>. Denver County filed a disclaimer of interest (ECF No. 7) on June 6, 2019, reserving the Public Trustee's rights as the trustee or successor trustee in certain deeds of trust that may pertain to the Denver County property.

8. <u>Christopher and Amanda Tracy</u>. Having reached a settlement resolving the United States' claims against the Tracys and the real property located in Fairplay, CO, the United States has moved to dismiss Christopher and Amanda Tracy from this matter.

9. <u>Park County</u>. Based on the resolution of the United States' claims against the Tracys and the real property located in Fairplay, CO, the United States has moved to dismiss Park County (which did not answer the Complaint or Amended Complaint) from this action.

10. <u>Robert Colquitt, Darloc Entereprises, LLC, Darloc Ventures, and Park County</u>. Defendants Robert Colquitt, Darloc Enterprises, LLC, Darloc Ventures, and Park County have not filed an answer to the Amended Complaint or otherwise appeared in this matter. On November 21, 2019, the United States filed a Motion for Entry of Clerk's Default (ECF No. 26) against these defendants.

11. <u>United States' Request for Order to Propose Schedule</u>. Assuming the United States' Motion to Dismiss Christopher Tracy, Amanda Tracy, and Park County is granted, the only remaining, non-defaulting, non-disclaiming party will be Nancy Radi. Based upon ongoing attempts between Ms. Radi and the United States to resolve the matter, the United States respectfully requests that the Court enter a minute order requiring the parties to submit a proposed scheduling order on or before January 10, 2020.

                                                      Respectfully Submitted,

Dated: <u>November 25, 2019</u>            RICHARD E. ZUCKERMAN
                                                  Principal Deputy Assistant Attorney General

                                                  */s/ Ryan S. Watson*
                                                  RYAN S. WATSON
                                                  Trial Attorney, Tax Division
                                                  U.S. Department of Justice
                                                  P.O. Box 683, Ben Franklin Station
                                                  Washington, D.C. 20044-0683
                                                  Tel:  202.514.5173
                                                  <u>Ryan.Watson@usdoj.gov</u>

                                                  *Of Counsel*
                                                  JASON R. DUNN
                                                  United States Attorney
                                                  *Attorneys for the United States of America*

Dated: November 25, 2019　　　　　／s/ Kevin A. Planegger
　　　　　　　　　　　　　　　　　TED H. MERRIAM
　　　　　　　　　　　　　　　　　KEVIN A. PLANEGGER
　　　　　　　　　　　　　　　　　Merriam Law Firm, P.C.
　　　　　　　　　　　　　　　　　1625 Broadway, Suite 770
　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　303.592.5404
　　　　　　　　　　　　　　　　　ted@merriamlaw.com
　　　　　　　　　　　　　　　　　kevin@merriamlaw.com

　　　　　　　　　　　　　　　　　*Counsel for Nancy Radi*

Dated: November 25, 2019　　　　　*/s/ Robert L. Pitler*
　　　　　　　　　　　　　　　　　ROBERT L. PITLER
　　　　　　　　　　　　　　　　　Pitler & Associates, P.C.
　　　　　　　　　　　　　　　　　The Command Center
　　　　　　　　　　　　　　　　　10800 E. Bethany Drive, Suite 250
　　　　　　　　　　　　　　　　　Aurora, CO 80014
　　　　　　　　　　　　　　　　　303.758.2221
　　　　　　　　　　　　　　　　　robertlpitler@pitlerlaw.com

　　　　　　　　　　　　　　　　　*Counsel for Christopher and Amanda Tracy*