IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 19-1161

THE UNITED STATES OF AMERICA,

      Plaintiff,

      v.

NANCY RADI, a/k/a NANCY COLQUITT,
a/k/a NANCY HENDRICKS,
ROBERT COLQUITT,
DARLOC ENTERPRISES, LLC,
DARLOC VENTURES,
DENVER COUNTY, CO,
PARK COUNTY, CO,
CHRISTOPHER TRACY, and
AMANDA TRACY,

      Defendants.

## UNITED STATES' MOTION TO DISMISS AMANDA TRACY, CHRISTOPHER TRACY, AND PARK COUNTY, CO

      The United States of America hereby moves for the dismissal of Defendants Amanda Tracy, Christopher Tracy, and Park County, CO from this lawsuit.

      The United States named the Tracys and Park County as defendants in this matter under 26 U.S.C. § 7403(b) as parties with a potential interest in real property located in Park County, CO. Based on a settlement between the United States and the Tracys, the United States no longer claims a lien interest in the Park County property. Accordingly, the United States respectfully requests that the Court dismiss the Tracys and Park County from this lawsuit.

Pursuant to D.C.COLO.LCivR 7.1, undersigned counsel for the United States requested all parties' views on this Motion on November 21, 2019. To date, no party has objected.

Dated: <u>November 25, 2019</u>    RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

<u>/s/ Ryan S. Watson</u>
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Tel:  202.514.5173
Fax:  202.307.0054
Ryan.Watson@usdoj.gov

*Of Counsel*
JASON R. DUNN
United States Attorney

*Attorneys for the United States of America*