IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 19-1161

THE UNITED STATES OF AMERICA,

    Plaintiff,

    v.

NANCY RADI, a/k/a NANCY COLQUITT,
a/k/a NANCY HENDRICKS,
ROBERT COLQUITT,
DARLOC ENTERPRISES, LLC,
DARLOC VENTURES,
DENVER COUNTY, CO,
PARK COUNTY, CO,
CHRISTOPHER TRACY, and
AMANDA TRACY,

    Defendants.

## ORDER

    This matter is before the Court on the United States' Motion to Dismiss Amanda Tracy, Christopher Tracy, and Park County, CO as parties from this lawsuit. Having considered the Motion, and good cause being shown, it is HEREBY ORDERED that the Motion is GRANTED and Amanda Tracy, Christopher Tracy, and Park County, CO are DISMISSED as parties from this lawsuit.

    DATED this _____ day of _____, 2019.

    _____
    John L. Kane
    United States District Judge