IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 19-cv-01161-JLK

THE UNITED STATES OF AMERICA,

    Plaintiff,

    v.

NANCY RADI, a/k/a NANCY COLQUITT,
a/k/a NANCY HENDRICKS;
ROBERT COLQUITT;
DARLOC ENTERPRISES, LLC;
DARLOC VENTURES;
DENVER COUNTY, CO;
PARK COUNTY, CO;
CHRISTOPHER TRACY; and
AMANDA TRACY,

    Defendants.

**ORDER**

This matter is before the Court on the United States' Motion to Dismiss Amanda Tracy, Christopher Tracy, and Park County, CO (CM/ECF No. 29) as parties from this lawsuit. Having considered the Motion, and good cause being shown, it is HEREBY ORDERED that the Motion is GRANTED. Amanda Tracy, Christopher Tracy, and Park County, CO are DISMISSED as parties from this lawsuit.

DATED this 2nd day of December, 2019.

                                                       _____
                                                       JOHN L. KANE
                                                       SENIOR U.S. DISTRICT JUDGE