IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 19-1161-JLK

THE UNITED STATES OF AMERICA,

    Plaintiff,

    v.

NANCY RADI, a/k/a NANCY COLQUITT,
a/k/a NANCY HENDRICKS,
ROBERT COLQUITT,
DARLOC ENTERPRISES, LLC,
DARLOC VENTURES,
DENVER COUNTY, CO,
PARK COUNTY, CO,
CHRISTOPHER TRACY, and
AMANDA TRACY,

    Defendants.

## DECLARATION OF RYAN S. WATSON IN SUPPORT OF THE UNITED STATES' MOTION FOR DEFAULT JUDGMENT AGAINST ROBERT COLQUITT, DARLOC ENTERPRISES, LLC, AND DARLOC VENTURES

I, Ryan S. Watson, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I am employed as an attorney with the United States Department of Justice, Tax Division, in Washington, DC. I am assigned responsibility for representing the interests of the United States in the above-captioned matter. I am in possession of the Department of Justice files concerning this case, and I submit this Declaration in support of the United States' Motion for Default Judgment against Robert Colquitt, Darloc Enterprises, LLC, and Darloc Ventures.

2. On November 21, 2019, I submitted a Declaration (ECF No. 26-1) in support of the United States' Motion for Entry of Default (ECF No. 26) against Robert Colquitt, Darloc Enterprises, LLC, and Darloc Ventures.

3. In that declaration, I stated that, "[a]ccording to available records and my best information and belief, Robert Colquitt is not an infant or, to the best of my knowledge, an incompetent person. According to a public records search on Lexis, Robert Colquitt was born in December 1930. Accordingly, I believe it is unlikely that he is currently on active duty with the U.S. Armed Forces. Based on my inquiry with the U.S. Department of Defense's website regarding military personnel who may be subject to the Servicemembers Civil Relief Act, 50 App. U.S.C. § 501, the Department of Defense does not have any information indicating that an individual born in December 1930 and named 'Robert Colquitt' is currently on active duty with the U.S. Armed Forces."

4. As of the date of this filing, I continue to believe that Robert Colquitt is not an infant or, to the best of my knowledge, an incompetent person. I also continue to believe it is unlikely that he is currently on active duty with the U.S. Armed Forces. Based on additional inquiries on the U.S. Department of Defense's website regarding military personnel who may be subject to the Servicemembers Civil Relief Act, 50 App. U.S.C. § 501, the Department of Defense does not have any information indicating that an individual born in December 1930 and named 'Robert Colquitt' is currently on active duty with the U.S. Armed Forces.

I declare under the penalty of perjury that the foregoing is true and correct.

\\

\\

\\

\\

- 3 -

Dated: August 10, 2020          */s/ Ryan S. Watson*
                                RYAN S. WATSON
                                Trial Attorney, Tax Division
                                U.S. Department of Justice
                                P.O. Box 683, Ben Franklin Station
                                Washington, D.C. 20044-0683
                                Tel:   202.514.5173
                                Fax:  202.307.0054
                                Ryan.Watson@usdoj.gov