IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 19-1161-JLK

THE UNITED STATES OF AMERICA,

    Plaintiff,

    v.

NANCY RADI, a/k/a NANCY COLQUITT,
a/k/a NANCY HENDRICKS,
ROBERT COLQUITT,
DARLOC ENTERPRISES, LLC,
DARLOC VENTURES,
DENVER COUNTY, CO,
PARK COUNTY, CO,
CHRISTOPHER TRACY, and
AMANDA TRACY,

    Defendants.

## DEFAULT JUDGMENT

This matter is before the Court on the United States' Motion for Default Judgment against Robert Colquitt, Darloc Enterprises, LLC, and Darloc Ventures. For the reasons stated in the United States' Motion, the Court finds that default judgment against these Defendants is warranted. Accordingly, IT IS HEREBY ORDERED that:

1. The United States' Motion is GRANTED;
2. As a result of their default, IT IS HEREBY ADJUDGED, DETERMINED, AND DECREED that Robert Colquitt, Darloc Enterprises, LLC, and Darloc Ventures have no interest in the real property located at 655 S. Clinton St. #B, Denver, CO 80247.

- 2 -

DATED this _____ day of _____, 2020.

_____
John L. Kane
United States District Judge