IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 19-1161-JLK

THE UNITED STATES OF AMERICA,

       Plaintiff,

       v.

NANCY RADI, a/k/a NANCY COLQUITT,
a/k/a NANCY HENDRICKS,
ROBERT COLQUITT,
DARLOC ENTERPRISES, LLC,
DARLOC VENTURES,
DENVER COUNTY, CO,
PARK COUNTY, CO,
CHRISTOPHER TRACY, and
AMANDA TRACY,

       Defendants.

**STIPULATION FOR ENTRY OF JUDGMENT**

The United States of America and Nancy Radi, a/k/a Nancy Colquitt, a/k/a Nancy Hendricks ("Nancy Colquitt") hereby stipulate and agree as follows:

1. The United States and Nancy Colquitt agree that judgment shall be entered in favor of the United States and against Nancy Colquitt for unpaid federal income taxes for the 2008, 2009, and 2010 tax years and for 26 U.S.C. § 6702 civil penalties for the 1995, 1996, 2003, 2005, 2007, and 2008 tax years in the amount of $70,000, as of the date of the entry of judgment, minus any credits and payments and plus statutory interest and other additions as provided by law, pursuant to 26 U.S.C. §§ 6601, 6621, & 6622, and 28 U.S.C. § 1961(c), until paid.

2. The United States has valid federal tax liens for the liabilities described in Paragraph 1, above, and the United States' liens attach to the real property located at 655 S. Clinton St. #B, Denver, Colorado 80247 ("the Denver Property").

3. Nancy Colquitt, as the authorized representative on behalf of Darloc Ventures and Darloc Enterprises, LLC, disclaims any interest that Darloc Ventures or Darloc Enterprises, LLC may have in the Denver Property. Nancy Colquitt is the owner of the Denver Property, and Darloc Enterprises, LLC serves only as the nominal title holder.

4. The United States is entitled to foreclose its tax liens on the Denver Property.

5. Pursuant to the parties' settlement agreement, the United States agrees to forebear seeking an order of foreclosure and judicial sale at this time and will reopen this case and submit an order of sale in accordance with the settlement agreement.

6. The United States and Nancy Colquitt agree that each party shall bear its own costs and attorney's fees with respect to this litigation.

7. The United States and Nancy Colquitt request that the Court administratively close but retain jurisdiction over this case, as set forth in the attached proposed Judgment.

WHEREFORE, the United States and Nancy Colquitt so stipulate and request that the Court enter the attached Judgment.

\\
\\
\\
\\
\\
\\
\\
\\

Dated: August 10, 2020          RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/  *Ryan S. Watson*
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Tel:  202.514.5173
Fax:  202.307.0054
Ryan.Watson@usdoj.gov

*Of Counsel*
JASON R. DUNN
United States Attorney
*Attorneys for the United States of America*


/s/  *Kevin A. Planeggar*
TED H. MERRIAM
KEVIN A. PLANEGGAR
Merriam Law Firm, P.C.
1625 Broadway, Suite 1625
Denver, CO 80202
Tel:  303.592.5404
Fax:  303.592.5439
kevin@merriamlaw.com
*Counsel for Nancy Colquitt*