IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 19-1161-JLK

THE UNITED STATES OF AMERICA,

       Plaintiff,

       v.

NANCY RADI, a/k/a NANCY COLQUITT,
a/k/a NANCY HENDRICKS,
ROBERT COLQUITT,
DARLOC ENTERPRISES, LLC,
DARLOC VENTURES,
DENVER COUNTY, CO,
PARK COUNTY, CO,
CHRISTOPHER TRACY, and
AMANDA TRACY,

       Defendants.

## JUDGMENT

On August 10, 2020, the United States and Nancy Radi, a/k/a Nancy Colquitt, a/k/a Nancy Hendricks ("Nancy Colquitt") filed a Stipulation for Entry of Judgment. In consideration of the Stipulation, it is hereby ORDERED AND ADJUDGED as follows:

    1.    Judgment is hereby entered in favor of the United States and against Nancy Colquitt for unpaid federal income taxes for the 2008, 2009, and 2010 tax years and for 26 U.S.C. § 6702 civil penalties for the 1995, 1996, 2003, 2005, 2007, and 2008 tax years in the amount of $70,000, as of the date of this judgment, minus any future credits and payments and plus statutory interest and other additions as provided by law, pursuant to 26 U.S.C. §§ 6601, 6621, & 6622, and 28 U.S.C. § 1961(c), until paid.

2. Judgment is hereby entered in favor of the United States on Counts III and IV of its Amended Complaint. The United States has valid federal tax liens for the liabilities described in Paragraph 1, above, and the United States' liens attach to the real property located at 655 S. Clinton St. #B, Denver, Colorado 80247 ("the Denver Property"). Nancy Colquitt is the owner of the Denver Property, and Darloc Enterprises, LLC serves only as the nominal title holder.

3. The United States' federal tax liens are hereby foreclosed, subject to the parties' stipulation that the United States agrees to forebear seeking an order of foreclosure and judicial sale at this time and will reopen this case and submit an order of sale in accordance with the parties' settlement agreement.

4. The Clerk of Court is directed to administratively close this case. The Court retains jurisdiction over the case.

IT IS SO ORDERED.

DATED this ____ day of _____, 2020

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE