IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-1161-JLK

THE UNITED STATES OF AMERICA,

    Plaintiff,

    v.

NANCY RADI, a/k/a NANCY COLQUITT,
a/k/a NANCY HENDRICKS,
ROBERT COLQUITT,
DARLOC ENTERPRISES, LLC,
DARLOC VENTURES,
DENVER COUNTY, CO,
PARK COUNTY, CO,
CHRISTOPHER TRACY, and
AMANDA TRACY,

    Defendants.

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT (ECF NO. 34)

This matter is before the Court on the United States' Motion for Default Judgment against Robert Colquitt, Darloc Enterprises, LLC, and Darloc Ventures (ECF No. 34). For the reasons stated in the United States' Motion, the Court finds that default judgment against these Defendants is warranted. Accordingly, IT IS HEREBY ORDERED that:

1. The United States' Motion is GRANTED;
2. As a result of their default, the Clerk of the Court is DIRECTED to enter default judgment in favor of the United States and against Robert Colquitt, Darloc Enterprises, LLC, and Darloc Ventures on Count III of the Amended Complaint, specifically

declaring that Robert Colquitt, Darloc Enterprises, LLC, and Darloc Ventures have no interest in the real property located at 655 S. Clinton St. #B, Denver, CO 80247.

DATED this 10th day of August, 2020.

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE