**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-1161-JLK

THE UNITED STATES OF AMERICA,

    Plaintiff,

    v.

NANCY RADI, a/k/a NANCY COLQUITT,
a/k/a NANCY HENDRICKS,
ROBERT COLQUITT,
DARLOC ENTERPRISES, LLC,
DARLOC VENTURES,
DENVER COUNTY, CO,
PARK COUNTY, CO,
CHRISTOPHER TRACY, and
AMANDA TRACY,

    Defendants.

**ORDER FOR ENTRY OF JUDGMENT**

On August 10, 2020, the United States and Nancy Radi, a/k/a Nancy Colquitt, a/k/a Nancy Hendricks ("Nancy Colquitt") filed a Stipulation for Entry of Judgment. In consideration of the Stipulation, the Clerk of the Court is DIRECTED to enter Judgment as follows:

    1.    Judgment shall enter in favor of the United States and against Nancy Colquitt on Count I of the Amended Complaint for unpaid federal income taxes for the 2008, 2009, and 2010 tax years and for 26 U.S.C. § 6702 civil penalties for the 1995, 1996, 2003, 2005, 2007, and 2008 tax years in the amount of $70,000, as of the date of this judgment, minus any future credits and payments and plus statutory interest and other additions as provided by law, pursuant to 26 U.S.C. §§ 6601, 6621, & 6622, and 28 U.S.C. § 1961(c), until paid.

2. Judgment shall further enter in favor of the United States and against Nancy Colquitt on Counts III and IV of the Amended Complaint. The United States has valid federal tax liens for the liabilities described in Paragraph 1, above, and the United States' liens attach to the real property located at 655 S. Clinton St. #B, Denver, Colorado 80247 ("the Denver Property"). Nancy Colquitt is the owner of the Denver Property, and Darloc Enterprises, LLC serves only as the nominal title holder.

3. The United States' federal tax liens are hereby foreclosed, subject to the parties' stipulation that the United States agrees to forebear seeking an order of foreclosure and judicial sale at this time and will submit an order of sale in accordance with the parties' settlement agreement.

4. Each party shall bear its own costs and attorney fees with respect to this litigation.

In accordance with the United States' representation that it no longer claims a lien interest in the Park County property named in Count II of the Amended Complaint, that Count is DISMISSED. *See* Mot. to Dismiss at 1, ECF No. 29. Thus, all claims in the Amended Complaint have been resolved such that it is appropriate for the Clerk of the Court to close the case.

DATED this 10th day of August, 2020

*/s/ John L. Kane*
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE