# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01161-JLK

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

NANCY RADI, a/k/a NANCY COLQUITT,
a/k/a NANCY HENDRICKS,
ROBERT COLQUITT,
DARLOC ENTERPRISES, LLC,
DARLOC VENTURES,
DENVER COUNTY, CO,
PARK COUNTY, CO,
CHRISTOPHER TRACY, AND
AMANDA TRACY,

    Defendant.

## DEFAULT JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

Pursuant to the Order Granting Motion For Default Judgment (ECF No. 34) by Judge John L. Kane entered on August 10, 2020, Doc. No. 36, it is

ORDERED that the United States' Motion For Default Judgment Against Robert Colquitt, Darloc Enterprises, LLC, and Darloc Ventures (Filed 8/10/20; Doc. No. 34) is GRANTED.   It is

FURTHER ORDERED that default judgment is hereby entered in favor of Plaintiff, The United States of America, and against Defendants, Robert Colquitt, Darloc

Enterprises, LLC, and Darloc Ventures on Count III of the Amended Complaint, specifically declaring that Robert Colquitt, Darloc Enterprises, LLC, and Darloc Ventures have no interest in the real property located at 655 S. Clinton St. #B, Denver, CO 80247.

Dated at Denver, Colorado this 10th day of August, 2020.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/   B. Abiakam

B. Abiakam
Deputy Clerk