# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01161-JLK

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

NANCY RADI, A/K/A NANCY COLQUITT,
A/K/A NANCY HENDRICKS,
ROBERT COLQUITT,
DARLOC ENTERPRISES, LLC,
DARLOC VENTURES,
DENVER COUNTY, CO,
PARK COUNTY, CO,
CHRISTOPHER TRACY, AND
AMANDA TRACY,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order For Entry of Judgment by Judge John L. Kane entered on August 10,2020, Doc. No. 37, it is

ORDERED that judgment shall enter in favor of the United States of America and against Nancy Colquitt on Count I of the Amended Complaint for unpaid federal income taxes for the 2008, 2009, and 2010 tax years and for 26 U.S.C. § 6702 civil penalties for the 1995, 1996, 2003, 2005, 2007, and 2008 tax years in the amount of $70,000, as of the date of this judgment, minus any future credits and payments and plus statutory

interest and other additions as provided by law, pursuant to 26 U.S.C. §§ 6601, 6621, & 6622, and 28 U.S.C. § 1961(c), until paid.   It is

FURTHER ORDERED that judgment shall further enter in favor of the United States of America and against Nancy Colquitt on Counts III and IV of the Amended Complaint. The United States has valid federal tax liens for the liabilities described in Paragraph 1, above, and the United States' liens attach to the real property located at 655 S. Clinton St. #B, Denver, Colorado 80247 ("the Denver Property"). Nancy Colquitt is the owner of the Denver Property, and Darloc Enterprises, LLC serves only as the nominal title holder.   It is

FURTHER ORDERED that The United States' federal tax liens are hereby foreclosed, subject to the parties' stipulation that the United States agrees to forebear seeking an order of foreclosure and judicial sale at this time and will submit an order of sale in accordance with the parties' settlement agreement.   It is

FURTHER ORDERED that each party shall bear its own costs and attorney fees with respect to this litigation.

Dated at Denver, Colorado this 10th day of August, 2020.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/   B. Abiakam

B. Abiakam
Deputy Clerk