FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
09/08/2020
JEFFREY P. COLWELL, CLERK

*Please Return to*: Department of Justice | Tax Division
Financial Litigation Unit | Office of Review
P.O. Box 310 (Ben Franklin Station)
Washington, DC 20044
*Email*: taxflu.taxcivil@usdoj.gov

## ABSTRACT OF JUDGMENT
## NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20-year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| Nancy Colquitt, a/k/a Nancy Radi, a/k/a Nancy Hendricks 655 South Clinton Street; #B Denver, Colorado 80247 | United States of America |

| Amount of Judgment | Names of Creditor's Attorneys | Docketed |
|---|---|---|
| $70,000.00, as of the date of this judgment, minus any future credits and payments and plus statutory interest and other additions as provided by law, pursuant to 26 U.S.C. § 6601, 6621, & 6622, and 28 U.S.C. § 1961(c). | United States Department of Justice Tax Division, TaxFLU OOR P.O. Box 310 | Ben Franklin Station Washington, D.C. 20044 (202) 307-6567 taxflu.taxcivil@usdoj.gov | August 10, 2020 CIV No. 1:19-CV-01161-JLK |

UNITED STATES OF AMERICA    CLERK'S OFFICE           U.S. DISTRICT COURT
                                                     DISTRICT OF COLORADO
                                                              *SS*

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Dated: 09/08, 2020

By: _____, Deputy Clerk

**U.S. Department of Justice**
Washington, D.C. 20530
Official Business
Penalty for Private Use $300

*TAX-our-FW*

Attn: Clerk
United States District Court for the
District of Colorado
Alfred A. Arraj United States Courthouse
A838 / Courtroom A802
901 19th Street
Denver, Colorado 80294



NEOPOST
08/27/2020
US POSTAGE $001.20⁰
FIRST-CLASS MAIL
US OFFICIAL MAIL
$300 Penalty
For Private Use
ZIP 20001
041M11120568